**David STEVENS, Plaintiff—Appellant,**

v.

**Ernest WILSON; South Carolina Department of Corrections; Ridgeville Police Department, Defendants—Appellees.**

No. 08–7587.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 3, 2009.

David Stevens, Appellant Pro Se.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Stevens appeals the district court's order accepting the recommendations of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stevens v. Wilson*, No. 0:07–cv–03590–JFA (D.S.C. filed July 29, 2008 & entered July 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*